Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Robert McDonald

## UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| Robert McDonald,<br><br>                    Plaintiff,<br><br>          v.<br><br>E Service, Inc.,<br><br>                    Defendant. | **Case No.:**<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)** |

## PLAINTIFF'S COMPLAINT

ROBERT McDONALD (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against E SERVICE, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant's principal place of business is in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

- 1 -

PLAINTIFF'S COMPLAINT

5.  Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6.  Plaintiff is a natural person residing in Mesa, Maricopa County, Arizona.

7.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9.  Defendant is a collection agency and conducts business in Arizona.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant placed approximately four (4) collection calls to Plaintiff every other day.

13. Defendant failed to identify itself as a debt collector in the initial communication.

14. Defendant threatened to file criminal charges against the Plaintiff.

15. Defendant implied that Plaintiff wrote a bad check.

16. Defendant stated to Plaintiff, "fucking dead beat, why don't you pay your damned bills".

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a.  Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient.

   b.  Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural

- 2 -

consequence of this is to harass, abuse, and oppress the Plaintiff.

c. Defendant violated *§1692d(2)* of the FDCPA by using abusive language in an attempt to collect the alleged debt.

d. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

e. Defendant violated *§1692e* of the FDCPA by making false, deceptive, and misleading representations in connection with the debt collection.

f. Defendant violated *§1692e(2)* of the FDCPA by misrepresenting the character, amount,  or legal status of the alleged debt.

g. Defendant violated *§1692e(4)* of the FDCPA by misrepresenting that nonpayment of any debt will result in the arrest or imprisonment of any person.

h. Defendant violated *§1692e(5)* of the FDCPA threatening to take any action against Plaintiff that cannot legally be taken or that is not intended to be taken.

i. Defendant violated *§1692e(10)* of the FDCPA by making false representation or using deceptive means in an attempt to collect a debt.

j. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in the initial communication that the communication was from a debt collector and anything said would be used for that purpose.

WHEREFORE, Plaintiff, ROBERT McDONALD, respectfully requests judgment be entered against Defendant, E SERVICE, INC., for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

- 3 -

PLAINTIFF'S COMPLAINT

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff, ROBERT MCDONALD, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  June 10, 2010                                KROHN & MOSS, LTD.


By:  /s/ Ryan Lee                                    _

Ryan Lee
Attorney for Plaintiff

- 4 -

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, ROBERT McDONALD, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ROBERT McDONALD, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 5/24/10

ROBERT McDONALD

- 5 -

PLAINTIFF'S COMPLAINT